**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-19533 |
| | § | |
| SLAWOMIR BOGUSZEWSKI | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/06/2011. The undersigned trustee was appointed on 05/06/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $5,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $4.81 |
| Bank service fees | $55.82 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $4,939.37 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/30/2011 and the deadline for filing government claims was 09/30/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2012         By:   /s/ Horace Fox, Jr.
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 11-19533 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | | Date Filed (f) or Converted (c): | 05/06/2011 (f) |
| For the Period Ending: | 6/26/2012 | | §341(a) Meeting Date: | 06/06/2011 |
| | | | Claims Bar Date: | 09/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Real Estate Located at 4507 Rose St., Schiller Park IL 60176 | $180,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Personal Checking account with Chase | $4.00 | $4.00 | DA | $0.00 | FA |
| 3  Business Checking account with Chase | $600.00 | $600.00 | DA | $0.00 | FA |
| 4  Miscellaneous Household Goods and Used Furniture | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 5  Used books, compact discs family pictures | $300.00 | $0.00 | DA | $0.00 | FA |
| 6  Used Personal Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7  50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | $8,000.00 | $8,000.00 | | $4,000.00 | FA |
| 8  2006 Dodge Sprinter | $16,000.00 | $2,614.00 | | $1,000.00 | FA |
| 9  Used Tools | $2,000.00 | $500.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $209,404.00 | $13,718.00 | | $5,000.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

10/14/2011   Received 2 checks on the 5,000.00 settlement, purchasing equity in assets 7 and 8. Need to examine claims and file motion to approve settlement. 12.21.11

03/13/2012   Request status motion to approve was set 3.13.12 all funds have been received. All claims filed before claims bar date, all unsecured non priority. 3.11.12
Motion to approve, granted 3.13.12

Objection to claim 7 set for 4.5.12. Motion continued to 4.24.12

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 12/31/2013    /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 11-19533 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | BOGUSZEWSKI, SLAWOMIR | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9599 | | | **Checking Acct #:** | ******3301 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 5/6/2011 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/26/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/26/2011 | (8) | Slawomir Boguszewski | Listed Real Estate | 1129-000 | $1,000.00 | | $1,000.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $999.74 |
| 10/12/2011 | (7) | Slawomir Boguszewski | 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $2,000.00 | | $2,999.74 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.48 | $2,996.26 |
| 11/14/2011 | (7) | Slawomir Boguszewski | 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $1,000.00 | | $3,996.26 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.51 | $3,990.75 |
| 12/14/2011 | (7) | Slawomir Boguszewski | 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $1,000.00 | | $4,990.75 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.32 | $4,983.43 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,975.39 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.81 | $4,970.58 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.50 | $4,963.08 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,954.82 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.47 | $4,947.35 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,939.37 |

**SUBTOTALS** $5,000.00 $60.63

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-19533 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9599 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/6/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | **TOTALS:** | | $5,000.00 | $60.63 | $4,939.37 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $60.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $60.63 | |

**For the period of 5/6/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $60.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/26/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $60.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-19533 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9599 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 5/6/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $60.63 | $4,939.37 |

**For the period of 5/6/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $60.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/06/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $60.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT                                    Page No: 1           Exhibit C

| Case No.: | 11-19533 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BOGUSZEWSKI, SLAWOMIR | | | | | | | | Date: | 6/26/2012 |
| Claims Bar Date: | 09/30/2011 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 10/17/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| | BRUCE DE 'MEDICI<br><br>834 Forest Avenue<br>Oak Park IL 60302 | 10/17/2011 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,442.50 | $2,900.00 | $0.00 | $0.00 | $0.00 | $2,900.00 |
| 1 | ATLAS ACQUISITIONS LLC<br>294 Union St.<br>Hackensack NJ 07601 | 07/24/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,443.66 | $1,443.66 | $0.00 | $0.00 | $0.00 | $1,443.66 |
| 2 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 07/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $678.61 | $678.61 | $0.00 | $0.00 | $0.00 | $678.61 |
| 3 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 07/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,246.96 | $4,246.96 | $0.00 | $0.00 | $0.00 | $4,246.96 |
| 4 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 07/26/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,389.65 | $9,389.65 | $0.00 | $0.00 | $0.00 | $9,389.65 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City OK 731248839 | 07/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,022.59 | $3,022.59 | $0.00 | $0.00 | $0.00 | $3,022.59 |
| 6 | LVNV FUNDING LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 296030587 | 08/29/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,381.27 | $1,381.27 | $0.00 | $0.00 | $0.00 | $1,381.27 |

CLAIM ANALYSIS REPORT

| Case No. | 11-19533 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BOGUSZEWSKI, SLAWOMIR | | | | | | | Date: | 6/26/2012 |
| Claims Bar Date: | 09/30/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FANNIE MAY/PNC MTGE<br>3232 Newmark Drive<br>attn bankruptcy<br>Miamisburg OH 45342 | 05/29/2012 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $193,674.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** objection to secured nature of claim ruled on 5.28.12 Disallowed as a secured claim

| | | | | | $218,529.50 | $24,312.74 | $0.00 | $0.00 | $0.00 | $24,312.74 |

## CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 11-19533 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | BOGUSZEWSKI, SLAWOMIR | | **Date:** | 6/26/2012 |
| **Claims Bar Date:** | 09/30/2011 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $3,442.50 | $2,900.00 | $0.00 | $0.00 | $0.00 | $2,900.00 |
| General Unsecured 726(a)(2) | $20,162.74 | $20,162.74 | $0.00 | $0.00 | $0.00 | $20,162.74 |
| Real Estate - Consensual Liens | $193,674.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-19533
Case Name: SLAWOMIR BOGUSZEWSKI
Trustee Name: Horace Fox, Jr.

Balance on hand: $4,939.37

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $4,939.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,900.00 | $0.00 | $2,900.00 |

Total to be paid for chapter 7 administrative expenses: $4,150.00
Remaining balance: $789.37

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $789.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $789.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,162.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $1,443.66 | $0.00 | $56.52 |
| 2 | Chase Bank USA, N.A. | $678.61 | $0.00 | $26.57 |
| 3 | Chase Bank USA, N.A. | $4,246.96 | $0.00 | $166.27 |
| 4 | Chase Bank USA, N.A. | $9,389.65 | $0.00 | $367.60 |
| 5 | Capital One Bank (USA), N.A. | $3,022.59 | $0.00 | $118.33 |
| 6 | LVNV Funding LLC | $1,381.27 | $0.00 | $54.08 |

Total to be paid to timely general unsecured claims: $789.37
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00