**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-19533 |
| | § | |
| SLAWOMIR BOGUSZEWSKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 S. Dearborn, Room 713, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  8/21/2012 at  10:30, in Courtroom 742, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/26/2012                    By:   /s/ Horace Fox, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re: § Case No. 11-19533
§
SLAWOMIR BOGUSZEWSKI §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,000.00
*and approved disbursements of* $60.63
*leaving a balance on hand of[1]:* $4,939.37

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $4,939.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,900.00 | $0.00 | $2,900.00 |

Total to be paid for chapter 7 administrative expenses: $4,150.00
Remaining balance: $789.37

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $789.37 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $789.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,162.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $1,443.66 | $0.00 | $56.52 |
| 2 | Chase Bank USA, N.A. | $678.61 | $0.00 | $26.57 |
| 3 | Chase Bank USA, N.A. | $4,246.96 | $0.00 | $166.27 |
| 4 | Chase Bank USA, N.A. | $9,389.65 | $0.00 | $367.60 |
| 5 | Capital One Bank (USA), N.A. | $3,022.59 | $0.00 | $118.33 |
| 6 | LVNV Funding LLC | $1,381.27 | $0.00 | $54.08 |

|  | Total to be paid to timely general unsecured claims: | $789.37 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 11-19533-CAD
Slawomir Boguszewski                                             Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: gbeemster            Page 1 of 2            Date Rcvd: Jul 27, 2012
                               Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2012.
```
db          +Slawomir Boguszewski,    4507 Rose St.,    Schiller Park, IL 60176-1614
17243794    +5th 3rd Bank,    Po Box 17051,    Baltimore, MD 21297-1051
17243795    +Blatt, Hasenmiller, Leibsker, Moore,    125 S. Wacker Dr.,    Ste. 400,   Chicago, IL 60606-4440
17243796   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
17243797    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17582533     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17243798    +Chrylser Financial Bvf,    1011 Warrenville Rd Ste,    Lisle, IL 60532-0903
18399768    +Fannie Mae,    PNC Mortgage,    National Association,    3232 NEWMARK DRIVE,
              MIAMISBURG, OH 45342-5421
17243800   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Best Buy,    Po Box 15519,   Wilmington, DE 19850)
17243799    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
17243801    +Hsbc/Menards,    PO Box 17602,    Baltimore, MD 21297-1602
17243803    +Michael Fine,    131 S Dearborn St Fl 5,    Chicago, IL 60603-5571
17243804    +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
17243805    +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17570798    +E-mail/Text: bnc@atlasacq.com Jul 28 2012 03:10:54     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
17601212     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2012 07:11:30     Capital One Bank (USA), N.A.,
              by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK 73124-8839
17724690     E-mail/Text: resurgentbknotifications@resurgent.com Jul 28 2012 03:08:57     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
17243802    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 28 2012 03:08:57     Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2012**            **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: gbeemster            Page 2 of 2                  Date Rcvd: Jul 27, 2012
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2012 at the address(es) listed below:
```
              Bruce E de'Medici    on behalf of Trustee Horace Fox bdemedici@gmail.com
              Horace   Fox    foxhorace@aol.com,   hf@trustesolutions.net;hf@trustesolutions.com
              Michael J Worwag    on behalf of Debtor Slawomir Boguszewski mjworwag@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```