**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-19533 |
| | § | |
| SLAWOMIR BOGUSZEWSKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $168,104.00 | Assets Exempt: | $23,700.00 |
| Total Distributions to Claimants: | $789.37 | Claims Discharged Without Payment: | $24,910.37 |
| Total Expenses of Administration: | $4,210.63 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $201,986.00 | $193,674.26 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,753.13 | $4,210.63 | $4,210.63 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $22,585.00 | $20,162.74 | $20,162.74 | $789.37 |
| **Total Disbursements** | $224,571.00 | $218,590.13 | $24,373.37 | $5,000.00 |

4). This case was originally filed under chapter 7 on 05/06/2011. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2012     By:  /s/ Horace Fox, Jr.
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 Dodge Sprinter | 1129-000 | $1,000.00 |
| 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Fannie May/PNC Mtge | 4110-000 | $195,000.00 | $193,674.26 | $0.00 | $0.00 |
|  | Chrylser Financial Bvf | 4110-000 | $6,986.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$201,986.00** | **$193,674.26** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| International Sureties, Ltd. | 2300-000 | NA | $4.81 | $4.81 | $4.81 |
| Green Bank | 2600-000 | NA | $55.82 | $55.82 | $55.82 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $3,442.50 | $2,900.00 | $2,900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,753.13** | **$4,210.63** | **$4,210.63** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | NA | $1,443.66 | $1,443.66 | $56.52 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $678.00 | $678.61 | $678.61 | $26.57 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $4,246.00 | $4,246.96 | $4,246.96 | $166.27 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $9,389.00 | $9,389.65 | $9,389.65 | $367.60 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $2,735.00 | $3,022.59 | $3,022.59 | $118.33 |
| 6 | LVNV Funding LLC | 7100-000 | $0.00 | $1,381.27 | $1,381.27 | $54.08 |
|  | 5th 3rd Bank | 7100-000 | $1,434.00 | NA | NA | $0.00 |
|  | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $1,434.00 | NA | NA | $0.00 |
|  | Hsbc/Best Buy | 7100-000 | $1,426.00 | NA | NA | $0.00 |
|  | Hsbc/Menards | 7100-000 | $1,243.00 | NA | NA | $0.00 |
|  | Michael Fine | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | The Bureaus Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,585.00 | $20,162.74 | $20,162.74 | $789.37 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 11-19533 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | | | Date Filed (f) or Converted (c): | 05/06/2011 (f) |
| For the Period Ending: | 9/21/2012 | | | §341(a) Meeting Date: | 06/06/2011 |
| | | | | Claims Bar Date: | 09/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Real Estate Located at 4507 Rose St., Schiller Park IL 60176 | $180,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Personal Checking account with Chase | $4.00 | $4.00 | DA | $0.00 | FA |
| 3  Business Checking account with Chase | $600.00 | $600.00 | DA | $0.00 | FA |
| 4  Miscellaneous Household Goods and Used Furniture | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 5  Used books, compact discs family pictures | $300.00 | $0.00 | DA | $0.00 | FA |
| 6  Used Personal Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7  50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | $8,000.00 | $8,000.00 | | $4,000.00 | FA |
| 8  2006 Dodge Sprinter | $16,000.00 | $2,614.00 | | $1,000.00 | FA |
| 9  Used Tools | $2,000.00 | $500.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $209,404.00 | $13,718.00 | | $5,000.00 | $0.00 |

**Major Activities affecting case closing:**

10/14/2011  Received 2 checks on the 5,000.00 settlement, purchasing equity in assets 7 and 8. Need to examine claims and file motion to approve settlement. 12.21.11

03/13/2012  Request status motion to approve was set 3.13.12 all funds have been received. All claims filed before claims bar date, all unsecured non priority. 3.11.12
Motion to approve, granted 3.13.12

Objection to claim 7 set for 4.5.12. Motion continued to 4.24.12

06/27/2012  Mtn to abandon r/e 4.25.12 order entered 5.17.12
submitted FR to the US TR office for review 6.27.12

**Initial Projected Date Of Final Report (TFR):**  12/31/2013    **Current Projected Date Of Final Report (TFR):**  12/31/2013    /s/ HORACE FOX, JR.

HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-19533 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9599 | | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/6/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2011 | (8) | Slawomir Boguszewski | Listed Real Estate | 1129-000 | $1,000.00 | | $1,000.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $999.74 |
| 10/12/2011 | (7) | Slawomir Boguszewski | 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $2,000.00 | | $2,999.74 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.48 | $2,996.26 |
| 11/14/2011 | (7) | Slawomir Boguszewski | 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $1,000.00 | | $3,996.26 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.51 | $3,990.75 |
| 12/14/2011 | (7) | Slawomir Boguszewski | 50% Shareholder of M & S Rose Inc. -2001 Ford F-550 | 1129-000 | $1,000.00 | | $4,990.75 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.32 | $4,983.43 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,975.39 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.81 | $4,970.58 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.50 | $4,963.08 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,954.82 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.47 | $4,947.35 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,939.37 |
| 08/21/2012 | 5002 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,250.00 | $3,689.37 |
| 08/21/2012 | 5003 | Bruce de 'Medici | Final  Dividend: 58.71; Amount Allowed: 2,900.00; | 3210-000 | | $2,900.00 | $789.37 |
| 08/21/2012 | 5004 | Atlas Acquisitions LLC | Final  Claim #: 1; Dividend: 1.14; Amount Allowed: 1,443.66; | 7100-000 | | $56.52 | $732.85 |
| 08/21/2012 | 5005 | Chase Bank USA, N.A. | Final  Claim #: 2; Dividend: 0.53; Amount Allowed: 678.61; | 7100-000 | | $26.57 | $706.28 |
| 08/21/2012 | 5006 | Chase Bank USA, N.A. | Final  Claim #: 3; Dividend: 3.36; Amount Allowed: 4,246.96; | 7100-000 | | $166.27 | $540.01 |
| 08/21/2012 | 5007 | Chase Bank USA, N.A. | Final  Claim #: 4; Dividend: 7.44; Amount Allowed: 9,389.65; | 7100-000 | | $367.60 | $172.41 |
| 08/21/2012 | 5008 | Capital One Bank (USA), N.A. | Final  Claim #: 5; Dividend: 2.39; Amount Allowed: 3,022.59; | 7100-000 | | $118.33 | $54.08 |
| 08/21/2012 | 5009 | LVNV Funding LLC | Final  Claim #: 6; Dividend: 1.09; Amount Allowed: 1,381.27; | 7100-000 | | $54.08 | $0.00 |
| | | | | **SUBTOTALS** | $5,000.00 | $5,000.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-19533 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9599 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/6/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $5,000.00 | $5,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $5,000.00 | $5,000.00 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $5,000.00 | $5,000.00 |  |

**For the period of 5/6/2011 to 9/21/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/26/2011 to 9/21/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-19533 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BOGUSZEWSKI, SLAWOMIR | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9599 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/6/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 5/6/2011 to 9/21/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/06/2011 to 9/21/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.